(Pleito No. 72.—Fallado el 11 de Agosto de 1900.)

Moreno contra El Registrador de la Propiedad.

Solicitud de un *Mandamus.*

Se falló: Que una solicitud de un mandamiento para que se ordene á un Registrador de la Propiedad á inscribir ó anotar un documento, deberá prepararse de acuerdo con el número 2 de la Orden General 99, es decir, ante los mismos Registradores para que sean éstos los que remitan los documentos al Tribunal Supremo.